# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT URBAN, et al., | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-3490 |
| | : | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | : | |

## ORDER

**AND NOW**, this 13th day of October 2021, upon consideration of briefing by the parties (Docs. 18, 19, 20, and attachments) it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is, as set out in the attached Memorandum Opinion, **DENIED IN PART** and **GRANTED IN PART** as follows:

1. Defendants' Motion for Summary Judgment is **DENIED** as to Plaintiff's claim for coverage under his policy's underinsured motorist ("UIM") benefits.

2. Defendants' Motion for Summary Judgment is **GRANTED** as to Plaintiff's claim for stacking his policy's underinsured motorist ("UIM") benefits to include his non-motorized travel trailer.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE